

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation, SFM ENTERTAINMENT LLC., a Delaware limited liability company, and, NEW LINE HOME VIDEO, INC., a New York corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DASTAR CORPORATION, an Oregon corporation, ENTERTAINMENT DISTRIBUTING, an Oregon corporation, and MARATHON MUSIC & VIDEO, an Oregon corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, | CV 98-7189 FMC (Ex)<br><br>RULINGS ON EVIDENTIARY OBJECTIONS<br><br> |

The matter came on for trial on October 11, 2002, following remand from the Ninth Circuit Court of Appeals, on the limited issue of whether General Eisenhower's book, *Crusade in Europe*, was written as a awork-for-hire at the behest of Doubleday. At the conclusion of the trial, the parties submitted post-trial briefs. The Court has reviewed the transcript of the trial and the parties'

oral arguments, and has read and considered the parties's briefs and their objections to Evidence. The Court issues the following rulings on the evidentiary objections:

All evidentiary objections are overruled, with the following exceptions:

| | |
|---|---|
| 362-11 | Sustained, relevance |
| 376 | Sustained, relevance |
| 446 | Sustained, lack of authenticity |
| 506 | Exhibit is missing from binder |
| 631 | Sustained, hearsay |
| 671 | Sustained, lack of authenticity |
| 673 | Sustained, lack of foundation; incomplete |
| 674 | Sustained, hearsay, lack of foundation |
| 675 | Sustained, hearsay, lack of foundation |

For the reasons stated in the Findings of Fact and Conclusions of Law, filed concurrently herewith, the Court determines that the book, *Crusade in Europe*, was a work for hire, and awards Judgment to plaintiffs.

DATED this 30th day of December 2002.

FLORENCE-MARIE COOPER
United States District Court Judge

2